# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.:  0:20-cv-60347-RS – Smith**

KEITH HOBBS, individually and on behalf of                **CLASS ACTION**
all others similarly situated,

      Plaintiff,

      v.

USHEALTH ADVISORS, LLC;
DOES 1 through 10,

      Defendant(s).
_____/

**<u>DECLARATION OF USHEALTH ADVISORS, LLC</u>**

1.      My name is Dean Whaley.  I am over 18 years of age.  I suffer no mental disabilities and am otherwise competent to make this Declaration.  I have personal knowledge of the information contained in this Declaration or obtained the information through a review of the corporate books and records of USHEALTH Advisors, LLC ("USHA").

2.      I currently serve USHA as a Vice President.  I am familiar with the nature of USHA's business dealings and transactions with third parties.  I am authorized to make this declaration on behalf of USHA.

3.      USHA is a Texas limited liability company with its principal place of business in Fort Worth, Texas.

4.      USHA does not maintain any corporate offices in the State of Florida, does not own, occupy, rent or lease property or have any personal property in the State of Florida.

5.      USHA maintains no offices outside of the State of Texas.

6.      USHA does not have any bank accounts, employees, mailbox addresses, or telephone numbers in the State of Florida.

1

7.      USHA has never owned or used the telephone number (503) 468-5336.

8.      USHA has never owned or operated a call center in Florida.

9.      USHA does not conduct telemarketing to solicit sales from potential customers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Dean Whaley* , on behalf of USHEALTH
ADVISORS, LLC.

Executed on Friday, April 10, 2020.